UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIE L. GARDNER,  THE ESTATE OF FRANCIS R. COUGHLIN, M.D., BARBARA B. COUGHLIN, and JANICE B. FOSTER, Individually and on Behalf of All Others Similarly Situated,<br><br>                        Plaintiffs,<br><br>     vs.<br><br><br>CNA FINANCIAL CORPORATION and CONTINENTAL CASUALTY COMPANY,<br><br>                        Defendants. | Civil Action No.: 3:13-cv-01918 (JBA) |

## STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

WHEREAS, on December 27, 2013, the Court issued an Order on Pretrial Deadlines ("Order") that establishes various deadlines and procedures;

WHEREAS, in accordance with the Order, the parties are to file all motions relating to class certification within sixty days after the filing of a complaint, the filing of a petition for removal, or the transfer of an action from another district;

WHEREAS, on March 24, 2014 Plaintiffs filed a First Amended Class Action Complaint;

WHEREAS, the parties have conferred regarding the class certification deadlines set forth in the Order and believe that a modification of the deadlines is necessary;

NOW, THEREFORE, the undersigned parties hereby stipulate and agree, and respectfully request that the Court enter an Order as follows:

1.  Plaintiffs shall file any motion for class certification, along with any and all supporting evidence, including any expert affidavits, on or before August 1, 2014;

2.  Defendants shall file a response to any motion for class certification on or before September 15, 2014.

3.  Plaintiffs shall file their reply in support of their motion for class certification on or before October 6, 2014.

Dated: May 8, 2014

DEFENDANTS,
CONTINENTAL CASUALTY COMPANY
AND CNA FINANCIAL CORPORATION

          /s/ Tara L. Trifon
Donald E. Frechette (ct08930)
Tara L. Trifon (ct28415)
Edwards Wildman Palmer LLP
20 Church Street
Hartford, CT 06103
Tel. No. (860) 525-5065
Fax No. (860) 527-4198
Email: dfrechette@edwardswildman.com
Email: ttrifon@edwardswildman.com

Attorneys for Defendants


PLAINTIFFS,
MARIE L. GARDNER, THE ESTATE OF
FRANCIS R. COUGHLIN, M.D.,
BARBARA B. COUGHLIN, AND JANICE
B. FOSTER

     /s/ Sean K. Collins
SEAN K.COLLINS

SEAN K. COLLINS (CT 429923)
184 High Street, Suite 503
Boston, MA 02110
Telephone: 617-320-8485
Fax: 617-227-2843
sean@neinsurancelaw.com

LIONEL Z. GLANCY
EX KANO S. SAMS II
KARA M. WOLKE
Glancy Binkow & Goldberg LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310-201-9150
Fax: 310-201-9160
lglancy@glancylaw.com
esams@glancylaw.com
kwolke@glancylaw.com

LOUIS GEORGE (CT 306913)
HASSETT & GEORGE, P.C.
945 Hopmeadow Street
Simsbury, CT 06070
Telephone: 860-651-1333
Fax: 860-651-1888

Attorneys for Plaintiffs and the Class

AM 32719126. 13

**CERTIFICATION OF SERVICE**

I hereby certify that on May 8, 2014, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this document through the court's CM/ECF System.

By:  ___/s/ Tara L. Trifon___
        Tara L. Trifon (ct28415)
        Edwards Wildman Palmer LLP
        20 Church Street
        Hartford, CT 06103
        Tel. No. (860) 525-5065
        Fax No. (860) 527-4198
        Email: ttrifon@edwardswildman.com
        Attorneys for the Defendants