UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIE L. GARDNER, THE ESTATE OF FRANCIS R. COUGHLIN, M.D., BARBARA B. COUGHLIN, JANICE B. FOSTER and MARIE MILLER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CONTINENTAL CASUALTY COMPANY,<br><br>Defendant. | Civil Action No. 3:13-cv-01918<br><br>**NOTICE OF MEDIATION AND STIPULATION AND [PROPOSED] ORDER SETTING CLASS CERTIFICATION DEADLINES** |

WHEREAS, the parties have scheduled a mediation of this case for February 23, 2015;

WHEREAS, given the complexity of the case, the parties believe that multiple mediation sessions likely would be necessary, and that further sessions after February 23, 2015 may be warranted;

WHEREAS, discovery in this case is ongoing, including discovery on class certification issues;

WHEREAS, Plaintiffs' motion for class certification is presently required to be filed by February 23, 2015, Defendant's response is to be filed by April 9, 2015, and Plaintiffs' reply, if any, is to be filed by April 24, 2015;

WHEREAS, the parties respectfully request an extension of the class certification deadlines in order to complete necessary discovery;

NOW, THEREFORE, in the event that the parties are unable to resolve this matter through mediation efforts, the undersigned parties hereby stipulate and agree, and respectfully request that the Court enter an Order as follows:

1. Plaintiffs shall file any motion for class certification, along with any and all supporting evidence, including any expert affidavits, on or before April 29, 2015;

2. Defendant shall file a response to any motion for class certification on or before May 29, 2015; and

3. Plaintiffs shall file their reply in support of their motion for class certification on or before June 15, 2015.

Dated:  February 6, 2015

Respectfully submitted,

DEFENDANT
CONTINENTAL CASUALTY COMPANY

 /s/ Brent R. Austin

Brent R. Austin (phv06806)
Ameri R. Klafeta (phv06808)
John R. Seber (phv06807)
Eimer Stahl LLP
224 S. Michigan Ave., Suite 1100
Chicago, IL 60604
Tel. No. (312) 660-7600
Fax No. (312) 692-1718
Email: baustin@eimerstahl.com
Email: aklafeta@eimerstahl.com
Email: jseber@eimerstahl.com

Donald E. Frechette (ct08930)
Tara L. Trifon (ct28415)
Locke Lord LLP
20 Church Street, 20th Floor
Hartford, CT 06103
Tel. No. (860) 525-5065
Fax No. (860) 527-4198
Email: donald.frechette@lockelord.com
Email: tara.trifon@lockelord.com

Attorneys for Defendant

PLAINTIFFS MARIE L. GARDNER, THE ESTATE OF FRANCIS R. COUGHLIN, M.D., BARBARA B. COUGHLIN, JANICE B. FOSTER AND MARIE MILLER

 /s/ Sean K. Collins

Sean K. Collins (ct29296)
Sean K. Collins, Attorney at Law
184 High Street, Suite 503
Boston, MA 02110
Telephone: 617-320-8485
Fax: 617-227-2843
sean@neinsurancelaw.com

Lionel Z. Glancy
Ex Kano S. Sams II
Kara M. Wolke
Glancy Binkow & Goldberg LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310-201-9150
Fax: 310-201-9160
lglancy@glancylaw.com
esams@glancylaw.com
kwolke@glancylaw.com

Louis George (ct02192)
Jeffrey O. Mcdonald (ct28195)
Hassett & George, P.C.
945 Hopmeadow Street
Simsbury, CT 06070
Telephone: 860-651-1333
Fax: 860-651-1888
lgeorge@hgesq.com
jmcdonald@hgesq.com

Attorneys for Plaintiffs and the Class

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 6, 2015 a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document through the court's CM/ECF System.

                                              /s/ Ameri R. Klafeta